UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMARJEAN K. BASRAI, et al.,<br><br>    Defendants. | Case No. 21-cv-07203-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **March 17, 2022**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 24, 2022 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

    **IT IS SO ORDERED.**

Dated: 1/12/2022

_____
Richard Seeborg
Chief United States District Judge